Renée E. Rothauge, Bar No. 903712
RRothauge@perkinscoie.com
Erick J. Haynie, Bar No. 982482
EHaynie@perkinscoie.com
Tonya Van Walleghem, Bar No. 983632
TVanWalleghem@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile:  +1.503.727.2222

*Attorneys for Defendants JACK PAYNE; JUNIPER MOUNTAIN CATTLE, LLC (RACHEL PAYNE, Manager); and NEVADA LIVESTOCK MARKETING, LLC (RACHEL PAYNE, Manager)*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GREAT WEST CAPITAL, LLC, a Delaware limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JACK PAYNE; JUNIPER MOUNTAIN CATTLE, LLC (RACHEL PAYNE, Manager), a Nevada limited liability company; and NEVADA LIVESTOCK MARKETING, LLC (RACHEL PAYNE, Manager), a Nevada limited liability company,<br><br>　　　　　　　　Defendants.<br><br>　　v.<br><br>EASTGATE CAPITAL CO., LLC, A LIMITED-LIABILITY COMPANY, a Nevada limited liability company; and ARTHUR H. BERG, an individual, | Case No. 3:22-cv-00768 IM<br><br>**DEFENDANT NEVADA LIVESTOCK MARKETING, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>Pursuant to Fed. R. Civ. P. 7.1 |

1- DEFENDANT NEVADA LIVESTOCK MARKETING, LLC'S CORPORATE DISCLOSURE STATEMENT

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax: +1.503.727.2222

Counterclaim-Defendants.

Pursuant to Fed. R. Civ. P. 7.1, counsel for defendant Nevada Livestock Marketing, LLC provides the following corporate disclosure statement:

1. Nevada Livestock Marketing, LLC is a limited liability company organized under the laws of the State of Nevada. Its members include residents of the State of Nevada.

2. No publicly traded company owns any membership or other interest in Nevada Livestock Marketing, LLC.

DATED: July 29, 2022.

**PERKINS COIE LLP**

By: */s/ Renée E. Rothauge*
Renée E. Rothauge, OSB No. 903712
RRothauge@perkinscoie.com
Erick J. Haynie, OSB No. 982482
EHaynie@perkinscoie.com
Tonya Van Walleghem, Bar No. 983632
TVanWalleghem@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000

*Attorneys for Defendants JACK PAYNE; JUNIPER MOUNTAIN CATTLE, LLC (RACHEL PAYNE, Manager); and NEVADA LIVESTOCK MARKETING, LLC (RACHEL PAYNE, Manager)*

2- DEFENDANT NEVADA LIVESTOCK MARKETING, LLC'S CORPORATE DISCLOSURE STATEMENT

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax: +1.503.727.2222