**Matthew A. Levin, OSB # 003054**
MattLevin@MarkowitzHerbold.com
**April M. Stone, OSB # 200937**
AprilStone@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Tel: (503) 295-3085
Fax: (503) 323-9105

      Attorneys for Plaintiff
      and Counterclaim-Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GREAT WEST CAPITAL, LLC,** a Delaware limited liability company,<br><br>      Plaintiff,<br><br>      v.<br><br>**JACK PAYNE; JUNIPER MOUNTAIN CATTLE, LLC (RACHEL PAYNE, Manager),** a Nevada limited liability company; and **NEVADA LIVESTOCK MARKETING, LLC (RACHEL PAYNE, Manager),** a Nevada limited liability company,<br><br>      Defendants/Counterclaim-Plaintiffs,<br><br>      v.<br><br>**EASTGATE CATTLE COMPANY, LLC**, a limited liability company; and **ARTHUR H. BERG**, an individual,<br><br>      Counterclaim-Defendants. | Case No. 3:22-cv-00768-IM<br><br>**COUNTERCLAIM-DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS/COUNTERCLAIM-PLAINTIFFS' COUNTERCLAIMS** |

**LOCAL RULE 7-1 CERTIFICATION**

      The undersigned counsel certifies that the parties conferred regarding the subject of this motion and that on August 5, 2022, defendants/counterclaim-plaintiffs Jack Payne, Juniper

**Page 1 -**   **COUNTERCLAIM-DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS/COUNTERCLAIM-PLAINTIFFS' COUNTERCLAIMS**

Mountain Cattle, LLC, and Nevada Livestock Marketing LLC's counsel consented to the extension of time for counterclaim-defendants Eastgate Cattle Company, LLC and Arthur H. Berg to answer, plead, or otherwise respond to defendants/counterclaim-plaintiffs' counterclaims.

## MOTION

Counterclaim-defendants Eastgate Cattle Company, LLC, and Arthur Berg move for an extension of time from August 19, 2022, until September 30, 2022, to respond to defendants/counterclaim-plaintiffs' counterclaims. (Declaration of April Stone in Supp. of Mot. for Ext. Time to Respond to Counterclaims ("Stone Decl.") ¶¶ 2-3.) This is counterclaim-defendants' first request for an extension of time to answer defendants/counterclaim-plaintiffs' counterclaims. (*Id.* ¶ 4.) This declaration is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion. (*Id.* ¶ 5.)

DATED this 15th day of August 2022.

MARKOWITZ HERBOLD PC

By:  *s/ April M. Stone*
Matthew A. Levin, OSB # 003054
MattLevin@MarkowitzHerbold.com
April M. Stone, OSB # 200937
AprilStone@MarkowitzHerbold.com
Attorneys for Plaintiff and Counterclaim-Defendants

1321582