AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| GREAT WEST CAPITAL, LLC, a Delaware limited liability company<br><br>*Plaintiff(s)*<br>v.<br>JACK PAYNE; JUNIPER MOUNTAIN CATTLE, LLC (RACHEL PAYNE, Manager), a Nevada limited liability company; and NEVADA LIVESTOCK MARKETING, LLC (RACHEL PAYNE, Manager), a Nevada limited liability company<br>*Defendant(s)* | Civil Action No. 3:22-cv-00768 IM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EASTGATE CATTLE CO., LLC, A LIMITED-LIABILITY COMPANY
285 W. Front Street
Fallon, NV 89406

Counterclaim-Defendant

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Erick J. Haynie
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209
EHaynie@perkinscoie.com
Attorneys for Defendant & Counterclaim-Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN**, *Clerk of Court*

Date: 08/15/2022

By: s/D. Norris, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00768 IM

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

GREAT WEST CAPITAL, LLC, a Delaware limited liability company

*Plaintiff(s)*

v.

JACK PAYNE; JUNIPER MOUNTAIN CATTLE, LLC (RACHEL PAYNE, Manager), a Nevada limited liability company; and NEVADA LIVESTOCK MARKETING, LLC (RACHEL PAYNE, Manager), a Nevada limited liability company

*Defendant(s)*

Civil Action No. 3:22-cv-00768 IM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ARTHUR H. BERG
30 Augusta Canyon Way
Las Vegas, NV 89141-6066

Counterclaim-Defendant

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Erick J. Haynie
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209
EHaynie@perkinscoie.com
Attorneys for Defendant & Counterclaim-Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 08/15/2022

By: s/D. Norris, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00768 IM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: