Pilar C. French, OSB No. 962880
frenchp@lanepowell.com
Andrew J. Geppert, OSB No. 203744
gepperta@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Plaintiff Great West Capital, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GREAT WEST CAPITAL, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>JACK PAYNE; JUNIPER MOUNTAIN CATTLE, LLC (RACHEL PAYNE, Manager), a Nevada limited liability company; and NEVADA LIVESTOCK MARKETING, LLC (RACHEL PAYNE, Manager), a Nevada limited liability company,<br><br>                      Defendants. | Case No. 3:22-cv-00768-IM<br><br>**DECLARATION OF ARTHUR H. BERG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM** |

I, Arthur H. Berg, declare:

1. I am over the age of 18, and have personal knowledge of the facts set forth below, and could testify herein if called as witness.

2. My primary residence is located in Nevada.

3. I have a Nevada driver's license and am registered to vote in Nevada.

PAGE 1 – DECLARATION OF ARTHUR H. BERG ISO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

134875.0001/9298227.1

4.  The above facts were true at the time I caused Great West Capital, LLC to file the Complaint that commenced this action, and at all relevant times before and after such date.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of March 2023.

_____
Arthur H. Berg

PAGE 2 – DECLARATION OF ARTHUR H. BERG ISO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

134875.0001/9298227.1